429 A.2d 72

Commonwealth v. King, Appellant.

Reargument Denied March 16, 1981.

Submitted September 15, 1978.  Nino V. Tinari, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

429 A.2d 73

Commonwealth v. Kirschner, Appellant.

Submitted April 16, 1980.  Paulette J. Balogh, for appellant;  Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.